

**FILED**

UNITED STATES COURT OF APPEALS

APR 21 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>THOMAS G. DUNNING,<br><br>Defendant - Appellant. | No. 05-16589<br><br>D.C. Nos. CV-05-00140-DAE<br>CR-00-00286-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 6 2006

at __11__ o'clock and __ __ min. __ M
SUE BEITIA, CLERK

Before: RYMER and GRABER, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 21 2006

by: _____
Deputy Clerk

unit name not found in path

SCANNED