June 27, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUL 06 2006
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-05-00140-DAE
**Appeal Number:** 05-16589
**Short Title:** USA v. Dunning

### Volumes

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 4 | | | | 0 | Certified Copy(ies) | | |
| Reporters Transcripts in: | 0 | | | | 0 | Certified Copy(ies) | | |
| Exhibits in: | 0 | Envelopes | | | 0 | Under Seal | | |
| | 0 | Boxes | | | 0 | Under Seal | | |
| | 0 | Volumes | Volume | 0 | of record | 0 | Under Seal | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| Other: | | | | | | | | |

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.



## United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: October 14, 2005

To:   United States Court of Appeals   Attn:  ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                       (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103           ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 00-00286 DAE         Appeal No:   05-16589
Short Title:  USA VS. THOMAS G. DUNNING (03)

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes (✓) original ( ) certified copy |
| Bulky docs | 0 | volumes (folders)  docket # |
| Reporter's Transcripts | 0 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:30-35, 40, 41, 56, 57, 97, 102, 103, 107, 112, 113, 118, 120, 122, 123, 151, 160, 173

Acknowledgment: _____  Date: _____

cc: all counsel of record

194